# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

LARRY MORGAN                                                                                          PLAINTIFF
ADC #118113

V.                                    NO: 3:13CV00123 BSM/HDY

DAN LANGSTON *et al.*                                                                              DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to Chief United States District Brian S. Miller. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The detail of any testimony desired to be introduced at the

      hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

      Mail your objections and "Statement of Necessity" to:

           Clerk, United States District Court
           Eastern District of Arkansas
           600 West Capitol Avenue, Suite A149
           Little Rock, AR 72201-3325

## DISPOSITION

      Plaintiff Larry Morgan, currently held at the Greene County Detention Facility, filed a *pro se* complaint on May 17, 2013. On July 5, 2013, Plaintiff filed a motion to voluntarily dismiss his complaint. Plaintiff's motion should be granted.

      IT IS THEREFORE RECOMMENDED THAT:

      1.    Plaintiff's motion to voluntarily dismiss his complaint (docket entry #6) be GRANTED, and Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE.

      2.    The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

      DATED this __8__ day of July, 2013.

                                             _____
                                             UNITED STATES MAGISTRATE JUDGE