**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**LARRY MORGAN**                                                                    **PLAINTIFF**
**ADC #118113**

**v.**                    **CASE NO: 3:13CV00123 BSM**

**DAN LANGSTON et al.**                                               **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young have been reviewed. No objections have been filed. After careful consideration, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's motion to voluntarily dismiss his complaint [Doc. No. 6] is GRANTED and plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

2. It is further certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 26th day of July 2013.

                                                          UNITED STATES DISTRICT JUDGE